[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  11-13186
Non-Argument Calendar
_____

D. C. Docket No.  6:09-cv-00905-JA-GJK

MARICULTURE TECHNOLOGIES INTERNATIONAL, INC.,

Plaintiff-Appellant,

versus

FARM SERVICE AGENCY,
SECRETARY OF THE U.S. DEPARTMENT OF AGRICULTURE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 15, 2012)

Before TJOFLAT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

In administrative proceedings before the U.S. Department of Agriculture

("USDA"), the National Appeals Division (of the USDA) determined that Mariculture Technologies International, Inc., must refund the federal crop disaster assistance payment it had received, $27,492, for business losses due to hurricanes that struck Florida in 1994. The refund was ordered because Mariculture failed to comply with the requirement that it purchase Non-insured Crop Disaster Assistance Program ("NAP") coverage for two years. Mariculture brought this action in the District Court as an appeal of that administrative decision.

In an order entered on June 9, 2011, the District Court, on the basis of the administrative record, granted the Secretary of the USDA (and the Farm Service Agency) judgment. The court concluded that the refund decision was supported by substantial evidence and was not arbitrary, capricious or an abuse of discretion. Mariculture appeals the District Court's judgment, arguing that the District Court's findings (in support of its judgment) are "clearly erroneous." Appellant's Br. at 20, 27-29. We find no merit in Mariculture's appeal, for the reasons stated in the District Court's June 9, 2011 order, and therefore affirm.

AFFIRMED.